JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, a California Interinsurance Exchange,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE LLC; DOES 1 through 30, Inclusive,<br><br>Defendants. | Case No. 2:22-cv-09422 JLS-AS<br><br>**ORDER REMANDING ACTION TO STATE COURT, CASE NO. 22STCV36747 [9]** |

Pursuant to the parties' Joint Stipulation to Remand the Action Back to State Court, this Court hereby remands this action to the California Superior Court, County of Los Angeles, Case No. 22STCV36747. All scheduled dates and deadlines are VACATED. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: March 22, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE